JOHN LARAMY, Executor, *vs.* HERMAN RUSCHKE.

April 27, 1891.

Evidence *held* to sustain the finding of fact.

Appeal by plaintiff, executor of William Frankland, from a judgment of the district court for Scott county, where the action was tried by Francis Cadwell, Esq., as referee.

*R. A. & F. C. Irwin,* for appellant.

*H. J. Peck,* for respondent.

GILFILLAN, C. J.[1] There was only one question in this case,—a question of fact, to wit, the true location, according to the United States survey, of the line between sections 3 and 4, town 113 N., of range 24 W. The plaintiff claims that it ran in a straight course between the section-corner posts, and that would be the presumption if the contrary did not appear. The defendant claims that it trended

---

[1] Mitchell, J., took no part in this decision.

.easterly from each section-corner post, so as to form an obtuse angle at its intersection with the east and west quarter-section line. The referee found the line to run as claimed by defendant, and the evidence sustains the finding. The action being in ejectment, a judgment in general terms for defendant would have been sufficient, but it is no objection to it that it in terms defines the line between the two sections, for that was the very matter litigated and decided.

Judgment affirmed.

---

[1] Mitchell, J., took no part in this decision.